UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 10-1887-JST (OPx)                          Date: July 6, 2011
Title: Joseph S. Catalano et al. v. Countrywide Bank FSB et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On March 24, 2011, the Court filed an Amended Order requiring the parties to schedule their settlement conference within ninety (90) days of the Amended Order and to file a joint status report within ten (10) days of their settlement conference. (Doc. 28.) More than 100 days have passed since the Amended Order came out, but the parties have failed to file a joint status report. Therefore, the Court orders both parties to show cause in writing no later than July 8, 2011, at 1:00 p.m., as to why the parties have failed to comply with the Court's Amended Order.

Initials of Preparer: db