_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  EDCV 10-1887-JST (OPx)                          Date:  September 30, 2011

Title:  Joseph S. Catalano, et al. v. Countrywide Bank FSB, et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

    Ellen Matheson                                N/A

Deputy Clerk                                Court Reporter

  Attorneys Present for Plaintiff:               Attorneys Present for Defendant:

      Not Present                               Not Present

**Proceedings:**           **(In Chambers) ORDER TO SHOW CAUSE AND SETTING
HEARING FOR OCTOBER 24, 2011, AT 10:00 A.M.**

       On July 19, 2011, the Court ordered the parties to conduct a settlement conference and file a joint status report no later than September 26, 2011.  The parties were advised that failure to file a joint status report could result in the issuance of sanctions.  As of this date, the Court has not received a joint status report.

       Accordingly, counsel are ORDERED to appear on **Monday, October 24, 2011 at 10:00 a.m.,** and show cause why the Court should not issue sanctions for the failure to timely file a joint status report.

Initials of Preparer:  enm

_____