___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  EDCV 10-1887-JST (OPx)                               Date:  September 30, 2011
Title:  Joseph S. Catalano, et al. v. Countrywide Bank FSB, et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers) ORDER TO SHOW CAUSE AND SETTING HEARING FOR OCTOBER 24, 2011, AT 10:00 A.M.**

On July 19, 2011, the Court ordered the parties to conduct a settlement conference and file a joint status report no later than September 26, 2011.  The parties were advised that failure to file a joint status report could result in the issuance of sanctions.  As of this date, the Court has not received a joint status report.

Accordingly, counsel are ORDERED to appear on **Monday, October 24, 2011 at 10:00 a.m.,** and show cause why the Court should not issue sanctions for the failure to timely file a joint status report.

                                                                                    Initials of Preparer:  enm

___

**CIVIL MINUTES – GENERAL**                                                                1